AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

American Bar Association
*Plaintiff*
v.
Executive Office of the President, et al.
*Defendant*

Case No. 1:25-1888

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the American Bar Association .

Date: 06/16/2025

*Attorney's signature*

Stephen Shackelford, Jr. Bar# NY0443
*Printed name and bar number*

Susman Godfrey L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001
*Address*

sshackelford@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*