UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>　*Plaintiff,*<br><br>　v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>　*Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

## MOTION FOR ADMISSION PRO HAC VICE OF JILLIAN HEWITT

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Stephen Shackelford, Jr., undersigning sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Jillian Hewitt, of Susman Godfrey L.L.P., to represent Plaintiff in the above-captioned case. The movant, Stephen Shackelford, Jr., is a member in good standing of the United States District Court for the District of Columbia and has entered his appearance in this matter.

This motion is accompanied by a declaration from Jillian Hewitt, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A [Proposed] Order is attached hereto as Exhibit B.

Dated: June 25, 2025　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By */s/ Stephen Shackelford, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Stephen Shackelford, Jr
　　　　　　　　　　　　　　　　　　　　　　　　SUSMAN GODFREY L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　One Manhattan West, 50th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　　Tel: 212-336-8330
　　　　　　　　　　　　　　　　　　　　　　　　sshackelford@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF JILLIAN HEWITT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

                                                */s/ Stephen Shackelford, Jr.*
                                                Stephen Shackelford, Jr.