UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>   *Plaintiff,*<br><br>   v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>   *Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

## MOTION FOR ADMISSION PRO HAC VICE OF KATHERINE M. PEASLEE

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Stephen Shackelford, Jr., undersigning sponsoring counsel, respectfully moves this Court for the admission *pro hac vice* of Attorney Katherine M. Peaslee, of Susman Godfrey L.L.P., to represent Plaintiff in the above-captioned case. The movant, Stephen Shackelford, Jr., is a member in good standing of the United States District Court for the District of Columbia and has entered his appearance in this matter.

This motion is accompanied by a declaration from Katherine M. Peaslee, attached hereto as Exhibit A, providing the information required by Rule 83.2(d). A [Proposed] Order is attached hereto as Exhibit B.

Dated: June 27, 2025

Respectfully submitted,

By */s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel: 212-336-8330
sshackelford@susmangodfrey.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing **MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE M. PEASLEE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.