AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01888-AHA |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Bar Association.

Date: 06/30/2025

*/s/ Jillian Hewitt*
*Attorney's signature*

Jillian Hewitt, NYBar# 5469945
*Printed name and bar number*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Fl.
New York, NY 10001

*Address*

jhewitt@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*