AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| AMERICAN BAR ASSOCIATION, | ) |
| *Plaintiff* | ) |
| v. | ) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) |
| *Defendant* | ) |

Case No.    1:25-cv-01888-AHA

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Bar Association                                                                            .

Date:    07/10/2025

/s/ Katherine M. Peaslee
*Attorney's signature*

Katherine M. Peaslee, WSBA #52881
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101

*Address*

kpeaslee@susmangodfrey.com
*E-mail address*

(206) 516-3880
*Telephone number*

(206) 516-3883
*FAX number*