AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Bar Association )<br>*Plaintiff* )<br>v. )<br>Executive Office of the President, et al. )<br>*Defendant* ) | Case No.  25-CV-1888-AHA |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants   .

Date:  08/08/2025

/s/ James J. Wen
*Attorney's signature*

James J. Wen, NY #5422126
*Printed name and bar number*

United States Department of Justice
Civil Division - Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
*Address*

james.j.wen@usdoj.gov
*E-mail address*

(202) 598-7361
*Telephone number*

*FAX number*