UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN OPPOSITION

Plaintiff, through undersigned counsel, respectfully moves for an extension of the deadline to file a memorandum in opposition to Defendants' Motion to Dismiss (ECF No. 22). Plaintiff's memorandum of opposition is currently due by August 29, 2025; the requested extension, if granted, would set the new deadline to **September 24, 2025**. The parties have conferred regarding this motion, and Defendants have consented to this motion. This is Plaintiff's first request for an extension of a briefing deadline.

Defendants have requested, and Plaintiff does not oppose, that the deadline for Defendants' reply memorandum be correspondingly extended to **October 15, 2025**.

Plaintiff requests this extension due to the trial and vacation schedules of undersigned counsel over the next several weeks. Extension of these briefing deadlines will cause no prejudice to any party and will not affect any other deadlines in the case, as no schedule has yet been set.

For the reasons above, good cause exists to grant this motion and for the Court to set the following deadlines for responsive briefing to Defendants' Motion to Dismiss;

- Plaintiff's memorandum in opposition due **September 24, 2025**;

1

- Defendants' reply memorandum due **October 15, 2025**.

Dated: August 19, 2025

/s/ Jillian Hewitt
Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin*
Jillian Hewitt (*Admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com


Neal Manne (D.C. Bar #357012)
Barry Barnett*
Harry Susman*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Jordan Connors*
Steve Seigel (D.C. Bar#D00473)
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

kpeaslee@susmangodfrey.com

**pro hac vice* forthcoming

*Attorneys for Plaintiff American Bar Association*

## CERTIFICATE OF SERVICE

    I hereby certify that on August, 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

                                            */s/ Jillian Hewitt*
                                            Jillian Hewitt