IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>Defendants. | No. 1:25-cv-01888-AHA |

**UNOPPOSED MOTION OF LAW FIRM PARTNERS UNITED INC.
FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS**

Pursuant to Civil Local Rule 7(o), Law Firm Partners United Inc. ("*amicus*") respectfully moves, through the counsel below, for leave to file a brief as *amicus curiae* in support of Plaintiff. The proposed brief and a proposed order are attached. In support of this motion, *amicus* further states:

This Court has "broad discretion" in determining whether to permit the filing of a brief by *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "[N]ormally," courts in this District will grant an *amicus* leave to file a brief "when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)).

*Amicus* Law Firm Partners United Inc. ("LFPU") is a professional association that includes over 850 partners and shareholders at law firms often called the "AmLaw 200." The members of LFPU are acting in their personal capacity and not on behalf of any firm or in their role as law firm partners or shareholders. LFPU is a nonpartisan organization bound by a commitment to the rule of

law and opposition to fundamental unconstitutional attacks against lawyers and law firms. LFPU's members represent a broad range of practices in every quartile of the AmLaw 200 and have served as firm chairs, global practice group leaders, office managing partners, and equity partners. Many of its members are globally recognized leaders in their respective fields.

*Amicus*'s members are hundreds of individuals who are partners or shareholders at the nation's top law firms, and who have diverse and bipartisan views on matters of law and policy. But the members are united by the principle that our Constitution protects the right of lawyers to choose their cases and to zealously represent their clients without fear of reprisal by the government.

*Amicus* brings a unique perspective on the impact of this Executive Order that will assist the Court.

Consistent with Local Civil Rule 7(m), *amicus* conferred with counsel for Plaintiff and counsel for Defendants. Plaintiff has consented to the filing of this brief. Defendants do not object to the filing of this brief.

*Amicus* thus respectfully request that the Court grant its motion for leave to file a brief as *amicus curiae*.

Dated: September 26, 2025                    Respectfully submitted,

*/s/ Eric Citron*

Eric Olson*
**Olson Grimsley Kawanabe Hinchcliff & Murray LLP**
700 17th Street, Suite 1600
Denver, CO 80202
(303) 535-9151
eolson@olsongrimsley.com

Eric Citron (D.D.C. Bar # 1001069)
**Zimmer, Citron & Clarke, LLP**
130 Bishop Allen Drive
Cambridge, MA 02139
eric@zimmercitronclarke.com

*pro hac vice pending*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                */s/ Eric Citron*