UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN BAR ASSOCIATION,** *Plaintiff*, <br><br> v. <br><br> **EXECUTIVE OFFICE OF THE PRESIDENT,** *et al.*, *Defendants*. | Civil Action No. 1:25-cv-01888 |

**UNOPPOSED MOTION OF FORMER PRESIDENTS
OF THE DISTRICT OF COLUMBIA BAR, OTHER FORMER OFFICERS,
GOVERNORS AND SENIOR STAFF OF THE DC BAR,
PAST AND PRESENT PRESIDENTS OF VOLUNTARY BAR ASSOCIATIONS
AND VOLUNTARY BAR ASSOCIATIONS IN THE DISTRICT OF COLUMBIA
FOR LEAVE TO FILE *AMICI CURIAE BRIEF* IN SUPPORT OF PLAINTIFF'S
OPPOSITIION TO MOTION TO DISMISS**

## INTRODUCTION AND INTERESTS OF AMICI

Pursuant to LCvR 7(o), this request for leave to file the attached *amicus curiae* brief is filed on behalf of four categories of leadership of the legal profession in the District of Columbia: (1) former Presidents of The District of Columbia Bar, (2) former officers, governors, and senior executive staff of the DC Bar, (3) former and current leaders of the District of Columbia's many voluntary bar associations, and (4) five District of Columbia voluntary bar associations and one national bar association. These leaders and bar associations wish to file this *amici* brief in support of Plaintiff's opposition to the Defendants' motion to dismiss (ECF No. 27.)[1] Consistent with Local Rule 7(m), we have apprised counsel for Plaintiff and Defendants, who have each advised that they do not object to the filing of this motion.

---

[1] The list of former Presidents of The District of Columbia Bar, former leaders of District of Columbia voluntary bar associations, former DC Bar officers, governors and senior staff, and

1

Each of the former District of Columbia Bar Presidents, officers, and governors seeking status as *amici curiae*, including the undersigned counsel, was elected at various points over the past five decades by the tens of thousands of lawyers authorized to practice law in the Nation's Capital.  Other DC Bar leaders seeking status as *amici curiae* are former senior executive staff of the DC Bar.  The DC Bar is a "mandatory" or "unified" bar that was formed in 1972 as an official arm of the District of Columbia Court of Appeals.  The DC Bar is responsible for licensing lawyers and regulating the practice of law in Washington. The DC Bar is the second largest unified bar in the country.

The District of Columbia also has numerous private organizations of lawyers called "voluntary bars" that focus on professional development and advocacy but do not regulate the practice of law or discipline lawyers.  The other *amici* who join in this brief are former presidents of a number of those voluntary bar associations, including the Women's Bar Association of the District of Columbia, the Bar Association of the District of Columbia, the National Bar Association, the Washington Bar Association, and the Trial Lawyers Association of Metropolitan Washington, DC.  In addition, six voluntary bar associations -- [Bar Association of the District of Columbia](), [Hispanic Bar Association of the District of Columbia](), [Metropolitan Washington Employment Lawyers Association](), [National Bar Association](), [Trial Lawyers Association of Metropolitan Washington, DC](), and [Women's Bar Association of the District of Columbia]() – seek to appear as *amici curiae* in their institutional capacities.

These former DC. Bar presidents and leaders are of varying political affiliations.  We have conflicting perspectives on many issues of law and policy. But as former bar leaders, each

---

voluntary bar associations on whose behalf this motion is submitted appears at the end of this motion.  The individual bar leaders are seeking to participate as *amici* in their personal capacity and not as members of their law firms, companies or employers.

2

of us has promoted and acted to advance the Bar's core values of increasing access to justice in our community. In addition, these voluntary bar associations have varying missions and organizational goals and values. All of the signatories are united in the view that our democracy depends on the crucial role of the courts (and by extension lawyers as officers of the court) in our constitutional system of checks and balances to uphold and defend the Rule of Law.

While we are aligned with the position of the Plaintiff, our interests are distinct from those of a law firm. The individual former DC Bar leaders and the leaders of the voluntary bar associations are lawyers whose primary careers have been in government service, in private practice in large and small firms, in the academic community, in public interest organizations, in corporate law departments, or in a combination of those experiences. The formal steps taken by the Trump Administration to penalize and intimidate the President's perceived political enemies profoundly affect all lawyers, and most particularly those in the seat of government where we and others practice law.

We are aware that in this extraordinary time in the history of our democracy, even the filing of a "friend of the court" brief now potentially places us at personal risk of reprisal from the Trump Administration. We nonetheless believe that it is imperative that members of the legal community and particularly its leaders speak out publicly to denounce the current Administration's unprecedented and unconstitutional actions to prevent its political opponents from having access to legal counsel and to muzzle and restrain a profession that is essential to the administration of justice.

**CONCLUSION**

For these reasons, we respectfully request that this Court enter the attached order granting leave to participate in this case as *amici curiae* and permit the filing of the attached *amicus curiae* brief.

Dated: October 2, 2025                                                         Respectfully submitted.

                                                            Andrea C. Ferster
                                                            Law Offices of Andrea C Ferster
                                                            (DC Bar #384648)
                                                            68 Beebe Pond Road
                                                            Canaan, NY 12029
                                                           Phone: 202-669-6311
                                                           Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

**AMICI CURIAE**

***Past Presidents of The District of Columbia Bar***
(appearing in their individual capacities)

Charles R. Work (1976-1977)

Marna Tucker (1984-1985)

Philip Allen Lacovara (1988-1989)

Robert N. Weiner (1995-1996)

Myles V. Lynk (1996-1997)

Andrew H. Marks (1998-1999)

Joan H. Strand (1999-2000)

John W. Nields, Jr. (2000-2001)

John C. Keeney Jr. (2004-2005)

John C. Cruden (2005-2006)

James J. Sandman (2006-2007)

Melvin White (2007-2008)

Kim M. Keenan (2009-2010)

Andrea C. Ferster (2013-2014)

Annamaria Steward (2016-2017)

Patrick McGlone (2017-2018)

Charles R. Lowery, Jr. (2023-24)

***Former Officers and Governors of The District of Columbia Bar***
(appearing in their individual capacities and listed alphabetically)

Francis D. Carter, Board of Governors, 2002-2005

William F. Causey, Board of Governors, 1995-1998

H. Guy Collier, Board of Governors, 2010-2013

Robert D. Dinerstein, Board of Governors, 2002-2005

Ann K. Ford, Board of Governors, 2015-2018

Elizabeth Sarah Gere, Board of Governors, 2018-2024

Nathalie F.P. Gilfoyle, Board of Governors, 2004-2007

Jeffrey S. Gutman, Treasurer, 2011-2012, Board of Governors, 2012-2015

Su Sie Ju, Board of Governors, 2019-2022

Sara Kropf, Secretary, 2013-2014

Annette K. Kwok, Board of Governors, 2016-2019

Rebecca M. McNeill, Secretary, 2007-2008, Board of Governors, 2008-2011

Mira Nan Marshall, Secretary, 2003-2004

Amy E. Nelson, Treasurer, 2018-2019, Board of Governors, 2019-2022

Don Resnikoff, Treasurer, 2007-2008

Martha Purcell Rogers, Board of Governors, 2002-2005

Paul M. Smith, Board of Governors 2002-2005

Leslie T. Thornton, Board of Governors, 2018-2021

Benjamin F. Wilson, Board of Governors, 2008-2011 and 2014-2018


***Former Senior Executive Staff of The District of Columbia Bar***
(appearing in their individual capacities)

Katherine A. Mazzaferri
    (Executive Director, 1982-2010, Chief Executive Officer, 2010-2017)

Cynthia D. Hill
    (Assistant Executive Director for Programs, 1990-2010,
    Chief Programs Officer, 2010- 2017)

Maureen Thornton Syracuse
    (D.C. Bar Pro Bono Center, Director/Executive Director, 1992-2011)

## *Past Presidents of Voluntary Bars*
**(**appearing in their individual capacities and listed alphabetically)

Jessica E. Adler, President, Women's Bar Association of the District of Columbia (2013-2014)

Ralph P. Albrecht, President, Bar Association of the District of Columbia (2008-2009)

Mark W. Atwood, President, DC Chapter, InterAmerican Bar Association (2025-2026)

Alfred F. Belcuore, National President, Federal Bar Association (1991-1992); DC Chapter President, American Board of Trial Advocates (2018-2024); President, The Counsellors, District of Columbia (2024-2025)

Constance L. Belfiore, President, Bar Association of the District of Columbia (1997-1998)

Robert L. Bell, President, Washington Bar Association (2007-2008)

Joel P. Bennett, President, Bar Association of the District of Columbia (1992-1993)

Traci Buschner, President, Trial Lawyers Association of Metropolitan Washington, DC (2024-2025)

Joseph Cammarata, President, Trial Lawyers Association of Metropolitan Washington, DC (2015-2016)

Harlow R Case, President, Trial Lawyers Association of Metropolitan Washington, DC (1987-1988)

Paulette E. Chapman, President, Women's Bar Association of the District of Columbia (2003-2004); President, Bar Association of the District of Columbia (2007-2008)

William E. Davis, President, Bar Association of the District of Columbia (2004-2005)

Daniel Trujillo Esmeral, President, Hispanic Bar Association of the District of Columbia (2025-2026)

Karen E. Evans, President, Washington Bar Association (2014-2016); President, Trial Lawyers Association of Metropolitan Washington DC (2012)

L. Palmer Foret, President, Trial Lawyers Association of Metropolitan Washington, DC (2003-2004)

Iris McCollum Green, President, Washington Bar Association (2010-2012)

Kathleen Gunning, President, Women's Bar Association of the District of Columbia (1991-1992)

David E. Hawkins, President, Bar Association of the District of Columbia (2013-2014)

David E. Haynes, President, Trial Lawyers Association of Metropolitan Washington, DC (2016-2017)

Christopher G. Hoge, President, Bar Association of the District of Columbia (1998-1999)

Gerald I. Holtz, President, Trial Lawyers Association of Metropolitan Washington, DC (1986-1987)

Ronald C. Jessamy, Sr., President, Washington Bar Association (2008-2010)

Matthew G. Kaiser, President, Bar Association of the District of Columbia (2017-2018)

Nancy Aliquo Long, President, Women's Bar Association of the District of Columbia (1996-1997); Women's Bar Association Foundation (2014-2016)

Victor E. Long, President, Trial Lawyers Association of Metropolitan Washington, DC (2013-2014)

Patrick Malone, President, Trial Lawyers Association of Metropolitan Washington, DC (2004-2005)

M. Elizabeth Medaglia, President, Women's Bar Association of the District of Columbia (1982-1983); President, Assistant United States Attorneys Association of DC (1984-1985); President, Charles Fahy American Inn of Court (1990-1992)

W. Charles Meltmar, President, Trial Lawyers Association of Metropolitan Washington, DC (2021-2022)

Sonia Murphy, President, Women's Bar Association of the District of Columbia (2016-2017)

Dwight D. Murray, President, Bar Association of the District of Columbia (1996-1997)

Christopher T. Nace, President, Trial Lawyers Association of Metropolitan Washington, DC (2017-2018)

Michelle A. Parfitt, President, Trial Lawyers Association of Metropolitan Washington, DC (2002-2003)

Patrick M. Regan, President, Trial Lawyers Association of Metropolitan Washington DC (1991-1992)

Melissa Rhea, President. Trial Lawyers Association of Metropolitan Washington, DC (2006-2007)

Sandra H. Robinson, President, Trial Lawyers Association of Metropolitan Washington, DC (1997-1998)

Allan M. Siegel, President. Trial Lawyers Association of Metropolitan Washington, DC (2008-2009)

Gwendolyn Rose Simmons, President, Women's Bar Association of the District of Columbia (1990-1991)

Gregory S. Smith, President, Bar Association of the District of Columbia (2011-2012); President, Atlanta Bar Association (1998-1999)

Suzanne M. Snedegar, President, Women's Bar Association of the District of Columbia (1979-1980)

James Taglieri, President, Trial Lawyers Association of Metropolitan Washington, DC  (1989-1990)

Lucy L. Thomson, President, Women's Bar Association of the District of Columbia (1988-1989)

Kenneth M. Trombly, President, Trial Lawyers Association of Metropolitan Washington, DC (1994-1995)

Keith W. Watters, President, Bar Association of the District of Columbia (2006-2007); Washington Bar Association (1988-1990), National Bar Association (1995-1996)

Salvatore J. Zambri, Past-President, Trial Lawyers Association of Metropolitan Washington, DC (2007-2008)

## District of Columbia Voluntary Bar Associations

### The Bar Association of the District of Columbia (BADC)

BADC is a non-profit voluntary bar association that seeks to promote civility, justice, and collegiality among members of the legal profession as well as access to legal services for all residents of the nation's capital.  The BADC is the first bar association founded in the District of Columbia in 1871, the same year that the U.S. Department of Justice was established. It is a zealous proponent of the Rule of Law, and the independence of the judiciary, law firms and lawyers.

### The Hispanic Bar Association of the District of Columbia (HBA-DC)

HBA-DC is a non-profit established in 1977 serving lawyers and law students in the D.C. region. Committed to fostering professional growth, the HBA-DC runs multifaceted initiatives through scholarships, advocacy, pro bono activities, and community outreach. The HBA-DC's interest in this litigation stems from its dedication to the principles of promoting equal justice and opportunity; educating the community about relevant legal issues; and promoting the professional development of lawyers and law students, including those of Hispanic heritage.

### The Metropolitan Washington Employment Lawyers Association (MWELA)

MWELA is a non-profit organization comprised of over 350 lawyers who regularly advise and represent employees in employment and civil rights disputes. MWELA is the local chapter of the National Employment Lawyers Association, a national organization of more than 3,000 lawyers dedicated to the advancement of employee rights. MWELA shares the amicus brief's concerns about the targeting of law firms for their client representations and their implementation of employee DEI programs, and the chilling effect on the legal profession were the Executive Orders allowed to stand.

### The National Bar Association (NBA)

The National Bar Association (NBA), founded in 1925, is a non-profit voluntary bar association representing the interests of more than 65,000 African American lawyers, judges, law professors, and law students worldwide. The NBA is dedicated to advancing the administration of justice, protecting civil and political rights, and ensuring equal justice under law. The NBA's interest in this brief reflects its long-standing commitment to defending access to justice, safeguarding the independence of the legal profession, and protecting marginalized communities from discrimination.

**The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC)**

The Trial Lawyers Association of Metropolitan Washington, D.C. (TLA-DC) is a nonprofit voluntary bar association dedicated to preserving the civil justice system and promoting the rule of law. TLA-DC champions the constitutional right to trial by jury, supports access to justice for all, and works to protect public safety through legal accountability. The organization is a strong advocate for ethical advocacy, the independence of the legal profession, and the integrity of the courts.

**The Women's Bar Association of the District of Columbia**

The mission of the Women's Bar Association of the District of Columbia is to maintain the honor and integrity of the profession, promote the administration of justice, and advance and protect the interest of women lawyers. The WBA envisions a world in which all women lawyers are empowered to achieve personal and professional success and satisfaction, where all members are meaningfully connected, engaged, and mentored, and where diversity, equity, and inclusion are hallmarks of our programming and leadership. Through our efforts, we will enhance our advocacy voice and community service to improve the legal profession and our society as a whole and promote the rule of law.