UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AMERICAN BAR ASSOCIATION,** *Plaintiff*, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-01888 |
| **EXECUTIVE OFFICE OF THE PRESIDENT,** *et al.*, *Defendants*. | ) ) ) ) ) ) | |

## NOTICE OF CORRECTED LIST OF AMCI CURAIE

On October 2, 2025, a group of leaders of the legal profession in the District of Columbia ("D.C. Bar Leaders") filed an unopposed motion for leave to file an *amici* brief in support of Plaintiff's opposition to the Defendants' motion to dismiss (ECF No. 29.)[1]

The D.C. Bar Leaders hereby provide notice that one of the listed *amci curiae,* Joseph Cammarata, past president of the Trial Lawyers Association of Metropolitan Washington, DC (2015-2016), withdraws as *amici curiae* in this case.

---

[1] The listed *amici* included former Presidents of The District of Columbia Bar, former leaders of District of Columbia voluntary bar associations, former DC Bar officers, governors and senior staff, and a number of voluntary bar associations.

1

Dated: January 9, 2026                    Respectfully submitted.

_____
Andrea C. Ferster
Law Offices of Andrea C Ferster
(DC Bar #384648)
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

*Of Counsel*
Philip Allen Lacovara
(DC Bar #194472)
4352 West Gulf Drive
Sanibel, FL 33957-5106
Phone: 239-472-2992
Email: placovara@gmail.com

2