UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE<br>OF THE PRESIDENT, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-01888-AHA |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Abhishek Kambli as counsel for Defendants in this action.

Dated: March 4, 2026

Respectfully submitted,

STANLEY E. WOODWARD JR.
Associate Attorney General


/s/ *Abhishek S. Kambli*
ABHISHEK S. KAMBLI
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-9500

*Counsel for Defendants*