## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION
_____
Plaintiff

vs.                                    Civil Action No. 1:25-cv-01888

EXECUTIVE OFFICE OF PRESIDENT
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  11th  day of  April  , 20 26  , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  31st  day of  March  , 20 26

in  favor of  American Bar Association

against said  Andrew Delaney.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Abhishek Kambli                James Wen
Doj-Usao                       U.S. DEPARTMENT OF JUSTICE, Civil Division,
950 Pennsylvania Ave., NW      Federal Programs Branch
Washington, DC 20530-0001      1100 L St.
                               Washington, DC 20005

**RECEIVED**

APR 13 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia