# AFFIDAVIT ACCOMPANYING MOTION
# FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

AMERICAN BAR ASSOCIATION

District Court No. 1:25-cv-01888

Appeal No. _____

v.

EXECUTIVE OFFICE OF THE PRESIDENT

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: April 11, 2026 |

My issues on appeal are:
    Attached.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $NA | $0 | $NA |
| Self-employment | $0 | $NA | $0 | $NA |
| Income from real property (such as rental income) | $0 | $NA | $0 | $NA |
| Interest and dividends | $0 | $NA | $0 | $NA |
| Gifts | $0 | $NA | $0 | $NA |
| Alimony | $0 | $NA | $0 | $NA |
| Child support | $0 | $NA | $0 | $NA |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $NA | $0 | $NA |
| Disability (such as social security, insurance payments) | $0 | $NA | $0 | $NA |
| Unemployment payments | $0 | $NA | $0 | $NA |

1

RECEIVED

APR 13 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

ANDREW DELANEY- My issues on appeal are:

1) Whether the district court erred in denying intervention as of right under Federal Rule of Civil Procedure 24(a)(2) by misapplying the requirement of a "legally protectable interest," where Appellant alleged concrete, particularized economic and litigation-related harm arising from the challenged conduct and Executive Orders.

2) Whether the district court erred in requiring Appellant to identify a federal statute providing an unconditional right to intervene, where Rule 24(a)(2) independently permits intervention based on a sufficient interest, impairment, and inadequate representation.

3) Whether the district court erred in concluding that Appellant lacked an interest relating to the subject of the action, where Appellant alleged direct personal harm from the practices of the law firms at issue and sought to defend Executive Orders that allegedly protect him from such harm.

4) Whether the district court erred in denying permissive intervention under Federal Rule of Civil Procedure 24(b)(1) by concluding that Appellant lacked a claim or defense sharing common questions of law or fact with the main action, where Appellant sought to defend the legality and necessity of the same Executive Orders challenged in the case.

5) Whether the district court abused its discretion in denying permissive intervention by failing to consider Appellant's unique perspective and interests, which were not adequately represented by existing parties, and by allowing numerous amici supporting one side while excluding Appellant entirely.

6) Whether the denial of intervention, in the context of permitting extensive amicus participation aligned with one side, resulted in a one-sided proceeding that impaired Appellant's ability to protect his interests and undermined the fairness and balance contemplated by Rule 24.

| | | | | |
|---|---|---|---|---|
| Public-assistance (such as welfare) | $0 | $NA | $0 | $NA |
| Other (specify): | $0 | $NA | $0 | $NA |
| **Total monthly income:** | $0 | $ 0 | $ 0 | $ 0 |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ 0 |
| | | | $ 0 |
| | | | $ 0 |

4.    *How much cash do you and your spouse have?* $ 300 _____

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase | Checking | $213 | $NA |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $0 | (Value) $0 |
| | | Make and year: None |
| | | Model: None |
| | | Registration #: None |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $None | (Value) $0 | (Value) $0 |
| Make and year: None | | |
| Model: None | | |
| Registration #: None | | |

6.  *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $0 | $NA |
| | $ | $ |
| | $ | $ |
| | $0 | $NA |

7.  *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| SC | former spouse | 52 |
| | | |
| | | |

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? [✔] Yes [  ] No Is property insurance included? [✔] Yes [  ] No | $500 | $NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $100 | $NA |
| Home maintenance (repairs and upkeep) | $0 | $NA |
| Food | $300 | $NA |
| Clothing | $100 | $NA |
| Laundry and dry-cleaning | $50 | $NA |
| Medical and dental expenses | $100 | $NA |
| Transportation (not including motor vehicle payments) | $100 | $NA |
| Recreation, entertainment, newspapers, magazines, etc. | $50 | $NA |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renters: | $0 | $NA |
| Life: | $0 | $NA |
| Health: | $0 | $NA |
| Motor vehicle: | $0 | $NA |
| Other: | $0 | $NA |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $NA |

3

| Installment payments | | |
|---|---|---|
|     Motor vehicle: | $ 0 | $ NA |
|     Credit card (name): | $ 0 | $ NA |
|     Department store (name): | $ 0 | $ NA |
|     Other: | $ 0 | $ NA |
| Alimony, maintenance, and support paid to others | $ 0 | $ NA |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ NA |
| Other (specify): church, charity | $ 50 | $ NA |
| **Total monthly expenses:** | **$** 1350 | **$** 0 |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    [　] Yes　　　[✔] No　　　If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?*

    [　] Yes　　　[✔] No　　　If yes, how much? _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *State the city and state of your legal residence:* Bridgeton, Missouri _____
    *Your daytime phone number:* (314) 449-9972 _____
    *Your age:* __64__　*Your years of schooling:* 17 _____
    *Last four digits of your social-security number:* 0803 _____

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2026, I served a true and correct copy of the foregoing Notice of Appeal and Motion to Proceed In Forma Pauperis on all counsel of record via the Court's CM/ECF system and/or by U.S. mail and/or email.

**/s/ Andrew Delaney**
Andrew Delaney
Pro Se Appellant