# EXHIBIT 3

| | |
|---|---|
| **From:** | Wen, James J. (CIV) <James.J.Wen@usdoj.gov> |
| **Sent:** | Wednesday, June 17, 2026 7:42 AM |
| **To:** | Steve Seigel; Jillian Hewitt |
| **Cc:** | Chris Henry; Stephen Shackelford; Harry Susman; Davida Brook; Littman, Jared (CIV); Fox, Adam S (CIV) |
| **Subject:** | RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference |

<mark>EXTERNAL Email</mark>

Good morning, Steve:

Thanks again for your email. Initially, as you know, we served our Responses and Objections to the RFPs on Friday. You, therefore, have our explanations regarding our objections to the RFPs directed at EOP in writing. Nonetheless, as agreed, we write further in the spirit of good-faith conferral and with respect to the procedure set out in Judge Ali's scheduling order.

As discussed, we object to the RFPs directed to EOP on the grounds that these requests raise precisely the Separation of Powers concerns identified in Cheney. You raised three items regarding Cheney and executive privileges during our conferral process, which we—without waiving any privileges or any other objections that might apply—will address in turn.

First, whether the government can conclusively say that any of these RFPs specifically implicate PCP—regardless of whether any other executive privilege might apply—is premature. And we reiterate that our position is that Cheney does not apply solely to PCP but rather to discovery directed at the White House generally.

Second, most of these RFPs squarely implicate Cheney's overbreadth discussion. Because these requests are overbroad—especially RFPs 3-6, 8-16—they necessarily implicate various executive privileges, including PCP, because of the broad scope of documents sought. Additionally, as we stated during our conferral and in our Responses and Objections, we object to these RFPs—particularly RFPs 1-2, 7—on exhaustion grounds, which the weight of authority of cases, including Cheney, have also underscored.

Third, we do not have any specific suggestions for narrowing the RFPs directed to EOP but, as discussed during our conferral and flagged in our Responses and Objections, we have explained that there may be "other avenues" for the information requested by some of these RFPs. Again, the information sought in RFPs 1, 2, and 7 may be available from the ABA's own members, which could obviate any need to burden the executive. Similarly, the documents requested by RFP 8 may be available through the agencies, such as OMB, EEOC, and DOJ. And some of these RFPs—RFPs 10-12—can be narrowed by posing the request as an interrogatory as opposed to a broader and more burdensome document request. All of these suggestions of "other avenues" to minimize the burden on the executive are in keeping with Cheney's discussion about the Separation of Powers.

We appreciate your consideration. If you have any further questions regarding these issues, please let us know.

Regards,


James J. Wen, Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street Northwest
Washington, DC 20005
Email: James.J.Wen@usdoj.gov

---

**From:** Wen, James J. (CIV)
**Sent:** Monday, June 15, 2026 12:26 PM
**To:** 'Steve Seigel' <SSeigel@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>; Fox, Adam S (CIV) <Adam.S.Fox@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

Good afternoon, Steve:

Adding Adam and taking off Joey for the time being. Hope you had a good weekend. (1) Confirming receipt of the draft PO. We will review and circulate the draft among Defendants in this case. (2) We will follow up regarding our Cheney objections ASAP.

Regards,


James

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Monday, June 15, 2026 10:04 AM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

James -

Thanks for our call on 6/9. To follow up:
1. Attached is a draft redline to the PO with our edits for your consideration.
2. As agreed on the call, we are expecting (before the expiration of the 14-day clock on Thursday June 18) an email/written explanation from you, for each request you have objected to on overbreadth grounds, that states: (1) does the government believe the particular request implicates PCP, (2) whether or not it does, does the government believe it implicates *Cheney*'s overbreadth discussion, (3) do you have any suggested narrowing?

Many thanks,

Steve

---

**From:** Steve Seigel (via ABA-SG list) <ABA-SG@simplelists.susmangodfrey.com>
**Date:** Thursday, June 4, 2026 at 3:32 PM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

EXTERNAL Email

Hi James,

1 p.m. Tuesday 6/9 works for us. I'll send an invitation.

Thanks a ton,
Steve

---

**From:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Date:** Thursday, June 4, 2026 at 9:32 AM
**To:** Steve Seigel <SSeigel@susmangodfrey.com>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

EXTERNAL Email
Hey Steve:

No worries. We are available on Tuesday, 6/9, at 11:00 am or 1:00 pm. We may have additional availability on Wednesday afternoon if Tuesday does not work.

Regards,


James

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Wednesday, June 3, 2026 8:10 PM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Jillian Hewitt <JHewitt@susmangodfrey.com>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Littman, Jared (CIV) <Jared.Littman2@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry

Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

James -

With apologies for the delay, can you send us a few times to confer next week on both our discovery requests and your proposed protective order / clawback agreement?

Many thanks,
Steve

---

**From:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Date:** Friday, May 22, 2026 at 7:19 AM
**To:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Steve Seigel <SSeigel@susmangodfrey.com>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference
<mark>EXTERNAL Email</mark>
Dear Jillian (note: removing Abhishek Kambli from these emails):

Thank you for your email. Along with your question, we also have a couple of items we wish to tee up. First, we appreciate your patience as Defendants considered your stay proposal. Defendants have decided to decline your proposal at this time. Nonetheless, Defendants are continuing to explore counterproposals, as well as considering whether to file, if necessary, a contested motion for a stay. We may preview such a motion with the Court at the 6/3 scheduling conference.  To the extent we have a counterproposal, we will do our best to share any such proposal before the scheduling conference.

Second, for your review, please see attached drafts of (1) a joint/stipulated protective order regarding confidential information and (2) a clawback agreement. Although we hope we can achieve ready agreement as to both of these standard agreements, we are willing to confer on any of these items, as necessary.

Third, we confirm receipt of Plaintiff's First Set of Requests for Production to Defendants that was served on 5/13. While we are looking into these requests, we view substantially all the requests directed at Executive Office of the President as overbroad. Although the parties have collaborated with each other in proposing a procedure to resolve disputes regarding overbreadth, the Court has not yet determined how such disputes should be resolved. And the Court is unlikely to inform the appropriate next steps before the scheduling conference, which is almost two weeks away. Accordingly, we will await further guidance from the Court before responding to RFPs 1-16 under the provisions in the Rule 16 report at this time. We are, of course, willing to confer on this issue and the substance of those requests, as necessary.

Regards,

James J. Wen, Trial Attorney

U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street Northwest
Washington, DC 20005
Email: James.J.Wen@usdoj.gov

---

**From:** Jillian Hewitt <JHewitt@susmangodfrey.com>
**Sent:** Monday, May 18, 2026 11:33 AM
**To:** Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Steve Seigel <SSeigel@susmangodfrey.com>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>
**Cc:** Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

Counsel:

Thank you for the collaboration on the joint case management report. As discussed during our meet and confers, the Government has not agreed with—or provided a substantive response to—our proposal highlighted below from April 20. Please let us know the Government's position in advance of the scheduling conference.

**Jillian Hewitt | Partner | Susman Godfrey LLP**
she/her
o: 212-729-2019
jhewitt@susmangodfrey.com | www.susmangodfrey.com/jillian-hewitt

---

**From:** Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 7:58 PM
**To:** Steve Seigel <SSeigel@susmangodfrey.com>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

EXTERNAL Email
Thanks, Steve. Confirming receipt, and we'll get back to you as soon as possible (both on the drafts and on your proposal).

—

**Joey Borson**
Assistant Director, Federal Programs Branch

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Wednesday, April 22, 2026 7:49 PM
**To:** Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford

5

<ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

Hi Joey -

Let us know when you can on the proposal below.

I've attached drafts of the joint report and proposed schedule. I'll flag that, based on our discussion on Friday about possible privilege issues, we've included a proposal for how to handle potential invocations of presidential communications privilege. Feel free to give me a call if you have questions or would like to discuss.

All the best,
Steve


**Steven M. Seigel**
Partner | Susman Godfrey LLP
401 Union St. | Suite 3000 | Seattle, WA 98101
Direct 206-505-3842 | Cell 303-902-0049
sseigel@susmangodfrey.com

---

**From:** Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Date:** Monday, April 20, 2026 at 3:16 PM
**To:** Steve Seigel <SSeigel@susmangodfrey.com>, Wen, James J. (CIV) <James.J.Wen@usdoj.gov>, Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>, Chris Henry <CHenry@susmangodfrey.com>, Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>, Harry Susman <HSUSMAN@SusmanGodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference
EXTERNAL Email
Thanks, Steve.  Acknowledging receipt, and we'll get back to you ASAP.

Joey

---

**Joey Borson**
Assistant Director, Federal Programs Branch

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Monday, April 20, 2026 6:08 PM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

All -

Thanks for the productive call on Friday. We'll have drafts of the report / proposed scheduling order to you shortly.

We also wanted to follow up on the stay issue that we discussed on the call. Our proposal below roughly tracks what we discussed—please let us know if this is something that the government would be amenable to. We're of course happy to discuss further and also work with you all on the specifics/wording if the general contours are acceptable:

> Should the D.C. Circuit affirm the unconstitutionality of, and remedy enjoining enforcement of, one or more provisions of the Law Firm Orders, Defendants will agree to enter a stipulated order, issued by the court (which shall retain jurisdiction for purposes of enforcement) that Defendants will not enforce any executive order provision materially similar in language, purpose, or effect to any provision so enjoined, against any ABA member or ABA member's law firm based on the individual's law firm or legal organizational affiliation, or based on the individual's or individual's law firm's client representations.

All the best,
Steve

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Date:** Wednesday, April 8, 2026 at 2:27 PM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>, Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>, Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>, Chris Henry <CHenry@susmangodfrey.com>, Stephen Shackelford <ABA-SG@simplelists.susmangodfrey.com>, Harry Susman <HSUSMAN@SusmanGodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Subject:** Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference
Hi James - that time works for us. We'll send an invite. Thanks.

---

**From:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Date:** Wednesday, April 8, 2026 at 8:39 AM
**To:** Steve Seigel <SSeigel@susmangodfrey.com>, Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>, Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>, Chris Henry <CHenry@susmangodfrey.com>, Stephen Shackelford <aba-sg@simplelists.susmangodfrey.com>, Harry Susman <HSUSMAN@SusmanGodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference
EXTERNAL Email
Good morning, Steve:

Thanks for your position on the extensions. We will get an unopposed motion on file to that effect shortly. Regarding the meet and confer, would Friday, 4/17, at 11:00 am ET work for you all? Please let us know.

Regards,

James J. Wen, Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street Northwest
Washington, DC 20005
Email: James.J.Wen@usdoj.gov

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Tuesday, April 7, 2026 12:49 PM
**To:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <aba-sg@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

James,

No objection to the request for a 14-day extension of time to answer / file the joint report. RE: our meet and confer, we have more availability next week than this Friday. If you can send us a few times that work for you (Wednesday before 1 p.m. ET remains a good slot, as is Friday same time).

Many thanks,
Steve

**Steven M. Seigel**
Partner | Susman Godfrey LLP
401 Union St. | Suite 3000 | Seattle, WA 98101
Direct 206-505-3842 | Cell 303-902-0049
sseigel@susmangodfrey.com

---

**From:** Wen, James J. (CIV) <James.J.Wen@usdoj.gov>
**Date:** Monday, April 6, 2026 at 12:37 PM
**To:** Steve Seigel <SSeigel@susmangodfrey.com>, Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>, Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>, Chris Henry <CHenry@susmangodfrey.com>, Stephen Shackelford <aba-sg@simplelists.susmangodfrey.com>, Harry Susman <HSUSMAN@SusmanGodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference
EXTERNAL Email

Dear Counsel:

Thank you for contacting us regarding the Rule 26(f)/LCvR 16 conference. We are not available this Wednesday but are willing to meet and confer this Friday, 4/10. We appreciate that the LCvR 16.3(d) report is due on 4/14, but some of us were out of the office last week and, as you may be aware, our

answer is also due on that same date. We are, therefore, requesting an extension of both the joint report and answer deadlines to April 30, 2026. Please let us know your position regarding our extension request.

As mentioned, we're willing to meet and confer later this week for purposes of the joint report, but we also wish to flag that we are considering whether to seek a stay of discovery in this case pending the resolution of the appeals in the individual law firm executive order cases. We can discuss further as necessary.

Regards,



James J. Wen, Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street Northwest
Washington, DC 20005
Email: James.J.Wen@usdoj.gov

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Monday, April 6, 2026 10:17 AM
**To:** Kambli, Abhishek (OASG) <Abhishek.Kambli@usdoj.gov>; Wen, James J. (CIV) <James.J.Wen@usdoj.gov>; Borson, Joseph (CIV) <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <aba-sg@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference

Counsel please let us know what time on Wednesday works best for you.

Thank you,
Steve

---

**From:** Steve Seigel <SSeigel@susmangodfrey.com>
**Sent:** Friday, April 3, 2026 8:58:54 AM
**To:** abhishek.kambli@usdoj.gov <abhishek.kambli@usdoj.gov>; james.j.wen@usdoj.gov <james.j.wen@usdoj.gov>; Joseph.Borson@usdoj.gov <Joseph.Borson@usdoj.gov>
**Cc:** Jillian Hewitt <JHewitt@susmangodfrey.com>; Chris Henry <CHenry@susmangodfrey.com>; Stephen Shackelford <aba-sg@simplelists.susmangodfrey.com>; Harry Susman <HSUSMAN@SusmanGodfrey.com>
**Subject:** ABA v Executive Office of the President (1:25-cv-01888-AHA) - LCvR 16 Conference


EXTERNAL Email

Joey / James / Abishek,

We owe the Court a joint LCvR 16.3(d) report by April 14. Let's plan on holding our Rule 26(f)/LCvR 16 conference on Wednesday April 8, anytime between 9 a.m. and 1 p.m. ET. Please let us know what time works best within that slot.

Many thanks,
Steve

**Steven M. Seigel**
Partner | Susman Godfrey LLP
401 Union St. | Suite 3000 | Seattle, WA 98101
Direct 206-505-3842 | Cell 303-902-0049
sseigel@susmangodfrey.com