# EXHIBIT 4

**From:** "Jahreis, Hannah (OAG)" <(b) (6)
**To:** "Hobby, Amanda (PAO)" (b) (6)
**Cc:** "Coffey, James (PAO)" (b) (6)
**Subject:** Re: Private Sector DEI Win - Law Firms
**Date:** Fri, 11 Apr 2025 23:23:27 -0400
**Importance:** Normal

---

Thank you!

Get Outlook for iOS

**From:** Hobby, Amanda (PAO) (b) (6)
**Sent:** Friday, April 11, 2025 7:19:04 PM
**To:** Jahreis, Hannah (OAG) (b) (6)
**Cc:** Coffey, James (PAO) (b) (6)
**Subject:** RE: Private Sector DEI Win - Law Firms

Posted! https://x.com/ChadMizelle47/status/1910834897674969397

**From:** Jahreis, Hannah (OAG) (b) (6)
**Sent:** Friday, April 11, 2025 6:40 PM
**To:** Hobby, Amanda (PAO) (b) (6)
**Cc:** Coffey, James (PAO) (b) (6)
**Subject:** Re: Private Sector DEI Win - Law Firms

He's good with it going out from his account!

Get Outlook for iOS

**From:** Hobby, Amanda (PAO) (b) (6)
**Sent:** Friday, April 11, 2025 5:44:45 PM
**To:** Jahreis, Hannah (OAG) (b) (6)
**Cc:** Coffey, James (PAO) (b) (6)
**Subject:** Re: Private Sector DEI Win - Law Firms

Sounds good, thanks Hannah!

Get Outlook for iOS

**From:** Jahreis, Hannah (OAG) (b) (6)
**Sent:** Friday, April 11, 2025 5:43:45 PM
**To:** Hobby, Amanda (PAO) (b) (6)
**Cc:** Coffey, James (PAO) (b) (6)
**Subject:** Re: Private Sector DEI Win - Law Firms

Thank you for drafting!

Let me check with Chad, it's entirely possible I don't get an answer tonight so if he doesn't give the green light we can hold on it.

25cv8783_25-04613_000001

ABA v. EOP_DOJ_00000001

Get Outlook for iOS

---

**From:** Hobby, Amanda (PAO) ▮(b) (6)▮
**Sent:** Friday, April 11, 2025 5:42:08 PM
**To:** Jahreis, Hannah (OAG) ▮(b) (6)▮
**Cc:** Coffey, James (PAO) ▮(b) (6)▮
**Subject:** RE: Private Sector DEI Win - Law Firms

Hi Hannah,

Thoughts on this?


Caption: Another blow for DEI! Great to work with the EEOC on bringing back merit-based hiring in law firms.

Quote Tweeting This: https://x.com/USEEOC/status/1910776364296192120


Best,

Amanda Hobby
Senior Digital Manager, Office of Public Affairs
U.S. Department of Justice

---

**From:** Coffey, James (PAO) ▮(b) (6)▮
**Sent:** Friday, April 11, 2025 4:53 PM
**To:** Jahreis, Hannah (OAG) ▮(b) (6)▮ ; Kambli, Abhishek (OASG) ▮(b) (6)▮
**Cc:** Cypher, Catharine (OAG) ▮(b) (6)▮ ; Gilmartin, Chad (PAO) ▮(b) (6)▮ ;
McGavick, Gates (PAO) ▮(b) (6)▮ ; Hobby, Amanda (PAO) ▮(b) (6)▮
**Subject:** RE: Private Sector DEI Win - Law Firms

+Amanda

---

**From:** Jahreis, Hannah (OAG) ▮(b) (6)▮
**Sent:** Friday, April 11, 2025 4:39 PM
**To:** Kambli, Abhishek (OASG) ▮(b) (6)▮
**Cc:** Cypher, Catharine (OAG) ▮(b) (6)▮ ; Gilmartin, Chad (PAO) ▮(b) (6)▮ ;
McGavick, Gates (PAO) ▮(b) (6)▮ ; Coffey, James (PAO) ▮(b) (6)▮
**Subject:** Re: Private Sector DEI Win - Law Firms

+PAO

I think Chad would want to highlight this win, I'll check with him but can someone draft something?

Get Outlook for iOS

---

**From:** Kambli, Abhishek (OASG) ▮(b) (6)▮
**Sent:** Friday, April 11, 2025 4:22:54 PM
**To:** Jahreis, Hannah (OAG) ▮(b) (6)▮
**Subject:** FW: Private Sector DEI Win - Law Firms

25cv8783_25-04613_000002

ABA v. EOP_DOJ_00000002

Did Chad want to Tweet on this?  It was EEOC's letters that led to this but we worked closely with them on it.

---

**From:** Kambli, Abhishek (OASG)
**Sent:** Friday, April 11, 2025 3:43 PM
**To:** Milner, Clark EOP/WHO (b) (6)                    ; Centorino, Scott G. EOP/WHO
(b) (6)
**Cc:** Mailman, May EOP/WHO (b) (6)                    ; Hamilton, Gene EOP/WHO
(b) (6)                    ; Bhirud, Ketan (ODAG) (b) (6)
**Subject:** Private Sector DEI Win - Law Firms

All,

I just wanted to highlight a joint victory we had with EEOC on law firm DEI.  As you're aware, we had coordinated with EEOC in sending 20 law firms letters on their DEI practices.  That was followed with state AG letters to the same firms.  Four of those firms (Kirkland and Ellis, Lathan & Watkins, Simpson Thacher, and A&O Shearman Sterling) came to the table and reached agreements to end their DEI practices.  More info on the release before. (b) (5)

https://www.eeoc.gov/newsroom/eeoc-settlement-four-biglaw-firms-disavow-dei-and-affirm-their-commitment-merit-based

Thanks,
Abhi

**From:** (b)(6) - Abhishek Kambli email address  <(b)(6) - Abhiskek Kambli email address
**To:** "(b)(6) - May Mailman email address  <(b)(6) - May Mailman email address
**Cc:** EOP WHO Milner Clark (b) (6)                              (b)(6) - Scott Centorino email address
Hamilton Gene EOP WHO (b) (6)                          , Ketan Bhirud
(b) (6)
**Subject:** Re: [EXTERNAL] RE: Private Sector DEI Win - Law Firms
**Date:** Fri, 11 Apr 2025 21:38:16 -0400
**Importance:** Normal

---

We can coordinate with them on the comms end. (b) (5)

Sent from my iPhone

On Apr 11, 2025, at 8:34 PM, Mailman, May EOP/WHO (b) (6)                          wrote:

Thanks. (b) (5)

May
(b) (6)

**From:** Kambli, Abhishek (OASG) (b) (6)
**Sent:** Friday, April 11, 2025 3:43 PM
**To:** Milner, Clark EOP/WHO (b) (6)                    ; Centorino, Scott G. EOP/WHO
(b) (6)
**Cc:** Mailman, May EOP/WHO (b) (6)                    ; Hamilton, Gene EOP/WHO
(b) (6)                 ; Bhirud, Ketan (ODAG) (b) (6)
**Subject:** Private Sector DEI Win - Law Firms

Duplicative Material, Bates Number 25cv8783_25-04613_000003

**From:** "Kambli, Abhishek (OASG)" (b) (6)
**To:** "Whitaker, Henry (OAG)" (b) (6)
**Subject:** FW: Private Sector DEI Win - Law Firms
**Date:** Fri, 11 Apr 2025 15:59:38 -0400
**Importance:** Normal

---

And this.

---

**From:** Kambli, Abhishek (OASG)
**Sent:** Friday, April 11, 2025 3:43 PM
**To:** Milner, Clark EOP/WHO (b) (6) ; Centorino, Scott G. EOP/WHO (b) (6)
**Cc:** Mailman, May EOP/WHO (b) (6) ; Hamilton, Gene EOP/WHO (b) (6) ; Bhirud, Ketan (ODAG) (b) (6)
**Subject:** Private Sector DEI Win - Law Firms

Duplicative Material, Bates Number 25cv8783_25-04613_000003

**From:** "Mizelle, Chad (OAG)" (b) (6)
**To:** "Jahreis, Hannah (OAG)" (b) (6)
**Subject:** Fw: memo
**Date:** Wed, 19 Mar 2025 15:35:23 -0400
**Importance:** Normal
**Attachments:** Memorandum_re_Law_Firms.docx

---

Can you please print?

Get Outlook for iOS

---

**From:** Mailman, May EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 3:08:53 PM
**To:** Mizelle, Chad (OAG) (b) (6)                ; Hamilton, Gene EOP/WHO (b) (6)                    ;
Burnham, James EOP/DOGE (b) (6)
**Subject:** [EXTERNAL] memo

Please socialize this with Dave W and Pam B if at all poss

--

May Mailman
Senior Policy Strategist
Office of the Deputy Chief of Staff for Policy
Cell: (b) (6)
Office: (b) (6)
(b) (6)

**From:** "Mailman, May EOP/WHO" (b) (6)
**To:** "Hamilton, Gene EOP/WHO" (b) (6) , "Lawkowski, Gary M. EOP/WHO" (b) (6) , "Blakely, Kyser S. EOP/WHO" (b) (6) , "'Mizelle, Chad (OAG)'" (b) (6) , "'Whitaker, Henry (OAG)'" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) , "Scharf, William O. EOP/WHO" (b) (6) , "Gabriel, Robert EOP/WHO" (b) (6)
**Subject:** [EXTERNAL] ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 18:33:16 -0400
**Importance:** Normal
**Attachments:** Solving_Paul_Weiss.docx

---

Per POTUS, this EO needs to be ready now.

Can WHCO, DOJ, and Kyser take a look in the next 30 mins and send to OLC please – or reformat as PM and no OLC? Thank you!

May

--

May Mailman
Senior Policy Strategist
Office of the Deputy Chief of Staff for Policy
Cell: (b) (6)
Office: (b) (6)
(b) (6)

**From:** "Blakely, Kyser S. EOP/WHO" (b) (6)
**To:** "Mailman, May EOP/WHO" (b) (6) , "Hamilton, Gene EOP/WHO"
(b) (6) , "Lawkowski, Gary M. EOP/WHO"
(b) (6) , "'Mizelle, Chad (OAG)'"
(b) (6) , "'Whitaker, Henry (OAG)'" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) , "Scharf, William
O. EOP/WHO" (b) (6) , "Gabriel, Robert EOP/WHO"
(b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 18:48:34 -0400
**Importance:** Normal
**Attachments:** Solving_Paul_Weiss_+_KB.docx; Solving_Paul_Weiss_+_KB.pdf

---

Revisions attached. Can send to OLC, if that's the avenue we want to go.

**Kyser Blakely**
Policy Advisor
Office of the Deputy Chief of Staff for Policy
(b) (6)
(b) (6)

---

**From:** Mailman, May EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 6:33 PM
**To:** Hamilton, Gene EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO
(b) (6) ; Blakely, Kyser S. EOP/WHO (b) (6) ; 'Mizelle, Chad (OAG)'
(b) (6) ; 'Whitaker, Henry (OAG)' (b) (6) ; Scharf, William O. EOP/WHO
**Cc:** MBX WHO Staff Secretary (b) (6) ; Scharf, William O. EOP/WHO
(b) (6) ; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000009

**From:** "Scharf, William O. EOP/WHO" (b) (6)
**To:** "Mailman, May EOP/WHO" (b) (6)                    , "'Whitaker, Henry (OAG)'"
(b) (6)                                , "Blakely, Kyser S. EOP/WHO"
(b) (6)                                , "Hamilton, Gene EOP/WHO"
(b) (6)                                , "Lawkowski, Gary M. EOP/WHO"
(b) (6)                                , "Mizelle, Chad (OAG)" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6)                    , "Gabriel, Robert
EOP/WHO" (b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 19:29:24 -0400
**Importance:** Normal

---

We got back and forth on style in this letter from first person to third person with respect to the President. I would unify for clarity. If the problem is that the original order was third person, we should draft this in the third person as well. Looking particularly at the discordancy between the first paragraph of Section 2 and then the amended text of the old order.

**From:** Mailman, May EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 7:00 PM
**To:** 'Whitaker, Henry (OAG)' (b) (6)        ; Scharf, William O. EOP/WHO
(b) (6)        ; Blakely, Kyser S. EOP/WHO (b) (6)        ; Hamilton, Gene
EOP/WHO (b) (6)        ; Lawkowski, Gary M. EOP/WHO (b) (6)        ;
Mizelle, Chad (OAG) (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6)        ; Gabriel, Robert EOP/WHO
(b) (6)
**Subject:** RE: ASAP Paul Weiss Order

No reversal – I think the new draft should fix it.

May
(b) (6)

**From:** Whitaker, Henry (OAG) (b) (6)
**Sent:** Wednesday, March 19, 2025 6:59 PM
**To:** Scharf, William O. EOP/WHO (b) (6)        ; Blakely, Kyser S. EOP/WHO
(b) (6)        >; Mailman, May EOP/WHO (b) (6)        >; Hamilton, Gene EOP/WHO
(b) (6)        >; Lawkowski, Gary M. EOP/WHO (b) (6)        >; Mizelle, Chad
(OAG) (b) (6)        >
**Cc:** MBX WHO Staff Secretary (b) (6)        ; Gabriel, Robert EOP/WHO
(b) (6)
**Subject:** RE: ASAP Paul Weiss Order

I don't have any substantive comments on a quick read.

Regarding Will's first point (b) (5)

(b) (5)

Henry

Henry Whitaker
Office of the Attorney General
(b) (6)

---

**From:** Scharf, William O. EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 6:51 PM
**To:** Blakely, Kyser S. EOP/WHO (b) (6) >; Mailman, May EOP/WHO (b) (6) ;
Hamilton, Gene EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO
(b) (6) ; Mizelle, Chad (OAG) (b) (6) ; Whitaker, Henry (OAG)
(b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) ; Gabriel, Robert EOP/WHO
(b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order

Flagging a few issues on first read:

(b) (5)

---

**From:** Blakely, Kyser S. EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 6:49 PM
**To:** Mailman, May EOP/WHO (b) (6) >; Hamilton, Gene EOP/WHO
(b) (6) ; Lawkowski, Gary M. EOP/WHO <(b) (6) ; 'Mizelle, Chad
(OAG)'(b) (6) ; 'Whitaker, Henry (OAG)'(b) (6) >
**Cc:** MBX WHO Staff Secretary (b) (6) ; Scharf, William O. EOP/WHO
(b) (6) >; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** RE: ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000013

**From:** "Mailman, May EOP/WHO" (b) (6)
**To:** "Scharf, William O. EOP/WHO" (b) (6) , "Blakely, Kyser S. EOP/WHO" (b) (6) , "Hamilton, Gene EOP/WHO" (b) (6) , "Lawkowski, Gary M. EOP/WHO" (b) (6) , "'Mizelle, Chad (OAG)'" (b) (6) , "'Whitaker, Henry (OAG)'" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) , "Gabriel, Robert EOP/WHO" (b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 18:59:09 -0400
**Importance:** Normal
**Attachments:** Solving_Paul_Weiss_+_KB.docx

---

Few thoughts:
- As far as what happens in the interim – (b) (5)

- Happy to incorporate something softer on that agreement. See attached.

May
(b) (6)

---

**From:** Scharf, William O. EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 6:51 PM
**To:** Blakely, Kyser S. EOP/WHO (b) (6) ; Mailman, May EOP/WHO (b) (6) ; Hamilton, Gene EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO (b) (6) ; 'Mizelle, Chad (OAG)' (b) (6) ; 'Whitaker, Henry (OAG)' (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) ; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** RE: ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000018

**From:** "Mailman, May EOP/WHO" (b) (6)
**To:** "Scharf, William O. EOP/WHO" (b) (6) , "'Whitaker, Henry (OAG)'" (b) (6) , "Blakely, Kyser S. EOP/WHO" (b) (6) , "Hamilton, Gene EOP/WHO" (b) (6) , "Lawkowski, Gary M. EOP/WHO" (b) (6) , "Mizelle, Chad (OAG)" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) , "Gabriel, Robert EOP/WHO" (b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 20:36:15 -0400
**Importance:** Normal
**Attachments:** Solving_Paul_Weiss_v2.docx

---

Solved.  Gene – OLC OLC OLC!!

May
(b) (6)

---

**From:** Scharf, William O. EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 7:29 PM
**To:** Mailman, May EOP/WHO < (b) (6) ; 'Whitaker, Henry (OAG)' (b) (6) Blakely, Kyser S. EOP/WHO (b) (6) Hamilton, Gene EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO (b) (6) ; Mizelle, Chad (OAG) (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) ; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** RE: ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000017

**From:** "Hamilton, Gene EOP/WHO" (b) (6)

**To:** "Mailman, May EOP/WHO" (b) (6) "Scharf, William O. EOP/WHO" (b) (6) , "'Whitaker, Henry (OAG)'" (b) (6) , "Blakely, Kyser S. EOP/WHO" (b) (6) , "Lawkowski, Gary M. EOP/WHO" (b) (6) , "Mizelle, Chad (OAG)" (b) (6)

**Cc:** MBX WHO Staff Secretary (b) (6) , "Gabriel, Robert EOP/WHO" (b) (6)

**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order

**Date:** Wed, 19 Mar 2025 21:11:21 -0400

**Importance:** Normal

**Attachments:** Solving_Paul_Weiss_+_KB_+_OLC_(3_19_25).docx

---

**From:** Mailman, May EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 8:36 PM
**To:** Scharf, William O. EOP/WHO (b) (6) ; 'Whitaker, Henry (OAG)' (b) (6) ; Blakely, Kyser S. EOP/WHO (b) (6) ; Hamilton, Gene EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO (b) (6) ; Mizelle, Chad (OAG) (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) ; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** RE: ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000023

**From:** "Whitaker, Henry (OAG)" (b) (6)
**To:** "Mailman, May EOP/WHO" (b) (6)                    , "Hamilton, Gene EOP/WHO"
(b) (6)                    , "Scharf, William O. EOP/WHO"
(b) (6)                    , "Blakely, Kyser S. EOP/WHO"
(b) (6)                    , "Lawkowski, Gary M. EOP/WHO"
(b) (6)                    , "Mizelle, Chad (OAG)" (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6)                    , "Gabriel, Robert
EOP/WHO" (b) (6)
**Subject:** RE: ASAP Paul Weiss Order
**Date:** Wed, 19 Mar 2025 21:28:08 -0400
**Importance:** Normal

---

DOJ litigators are in the loop.

Henry

**From:** Mailman, May EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 9:18 PM
**To:** Hamilton, Gene EOP/WHO (b) (6)           ; Scharf, William O. EOP/WHO
(b) (6)                    ; Whitaker, Henry (OAG) (b) (6)           ; Blakely, Kyser S. EOP/WHO
(b) (6)                    ; Lawkowski, Gary M. EOP/WHO (b) (6)           ; Mizelle, Chad
(OAG) (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6)                    ; Gabriel, Robert EOP/WHO
(b) (6)
**Subject:** [EXTERNAL] RE: ASAP Paul Weiss Order

Tiny changes for OLC.

Will – here's a clean for your process.  FYI, the draft statement Paul Weiss has prepared for themselves and POTUS tomorrow is as follows.  Henry – OLC mentioned that the litigating divisions might want a heads up.  Fine by me.  Perkins Coie is welcome to come make commitments too.



(b) (5)

25cv8783_25-04613_000031

ABA v. EOP_DOJ_00000014

(b) (5)

Statement by Brad Karp:  "We are gratified that the President suspended the executive order concerning Paul, Weiss.  We commit to working to ensure a productive relationship with the President and his Administration."

May
(b) (6)

**From:** Hamilton, Gene EOP/WHO (b) (6)
**Sent:** Wednesday, March 19, 2025 9:11 PM
**To:** Mailman, May EOP/WHO (b) (6) ; Scharf, William O. EOP/WHO (b) (6) ; 'Whitaker, Henry (OAG)' (b) (6) ; Blakely, Kyser S. EOP/WHO (b) (6) ; Lawkowski, Gary M. EOP/WHO (b) (6) ; Mizelle, Chad (OAG) (b) (6)
**Cc:** MBX WHO Staff Secretary (b) (6) >; Gabriel, Robert EOP/WHO (b) (6)
**Subject:** RE: ASAP Paul Weiss Order

Duplicative Material, Bates Number 25cv8783_25-04613_000027