**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE<br>OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01888-AHA |

**JOINT MOTION FOR ENTRY OF**
**A STIPULATED PROTECTIVE ORDER**

Plaintiff the American Bar Association and all Defendants[1] hereby move for entry of a

stipulated protective order in the above-captioned matter. The parties agree that there is good cause

---

[1] As captioned in the Complaint: Executive Office of the President; the U.S. Department of Justice; the Attorney General of the United States in his/her official capacity; the Office of Management and Budget; the Director of the Office of Management and Budget in his/her official capacity; the Equal Employment Opportunity Commission; the Acting Chair of the Equal Employment Opportunity Commission in his/her official capacity; the Office of Personnel Management; the Acting Director of the Office of Personnel Management in his/her official capacity; the General Services Administration; the Acting Administrator of the General Services Administration in his/her official capacity; the Office of the Director of National Intelligence; the Director of National Intelligence in his/her official capacity; the Central Intelligence Agency; the Director of the Central Intelligence Agency in his/her official capacity; the Consumer Financial Protection Bureau; the Acting Director of the Consumer Financial Protection Bureau in his/her official capacity; the Department of Agriculture; the Secretary of Agriculture in her official capacity; the Department of Commerce; the Secretary of Commerce in his/her official capacity; the Department of Defense; the Secretary of Defense in his/her official capacity; the Department of Energy; the Secretary of Energy in his/her official capacity; the Department of Health and Human Services; the Secretary of Health and Human Services in his/her official capacity; the Department of Homeland Security; the Secretary of Homeland Security in his/her official capacity; the Department of the Interior; the Secretary of the Interior in his/her official capacity; the Department

*Continued on next page.*

1

to issue a protective order pursuant to Federal Rule of Civil Procedure 26(c) to govern the disclosure, use, and handling by the parties and their respective agents, successors, personal representatives, and assignees of certain information and items produced and received in discovery in the above-captioned actions. The parties therefore respectfully request that the Court enter the attached proposed protective order. *See* Exhibit 1.

Dated: July 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

---

of Labor; the Secretary of Labor in his/her official capacity; the Department of State; the Secretary of State in his/her official capacity; the Department of Transportation; the Secretary of Transportation in his/her official capacity; the Department of the Treasury; the Secretary of the Treasury in his/her official capacity; the Department of Veterans Affairs; the Secretary of Veterans Affairs in his/her official capacity; the Federal Bureau of Investigation; the Director of the Federal Bureau of Investigation in his/her official capacity; the Environmental Protection Agency; the Administrator of the Environmental Protection Agency in his/her official capacity; the Federal Energy Regulatory Commission; the Chairman of the Federal Energy Regulatory Commission in his/her official capacity; the Commissioners of the Federal Energy Regulatory Commission in their official capacities; the Federal Communications Commission; the Chairman of the Federal Communications Commission in his/her official capacity; the Commissioners of the Federal Communications Commission in their official capacities; the Federal Trade Commission; the Chairman of the Federal Trade Commission in his/her official capacity; the Commissioners of the Federal Trade Commission in their official capacities; the Internal Revenue Service; the Commissioner of the Internal Revenue Service in his/her official capacity; the Securities and Exchange Commission; the Chairman of the Securities and Exchange Commission in his/her official capacity; the Commissioners of the Securities and Exchange Commission in their official capacities; the United States Patent and Trademark Office; the Acting Director of the United States Patent and Trademark Office in her official capacity; the U.S. Post Office; the Acting Postmaster General in his/her official capacity; and the United States of America.

2

/s/ *James J. Wen*
JAMES J. WEN
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8185
E-mail: james.j.wen@usdoj.gov

*Attorneys for Defendants*

Stephen Shackelford, Jr. (D.C. Bar
#NY0443)
Beatrice Franklin (*Admitted pro hac vice*)
Jillian Hewitt (*Admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett*
Harry Susman*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

3

/s/ Steve Seigel
Steve Seigel (D.C. Bar#D00473)
Jordan Connors
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com
**\*pro hac vice* forthcoming*
*Attorneys for Plaintiff American Bar
Association*

4