**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN BAR ASSOCIATION, <br><br> *Plaintiff,* <br><br> v. <br><br> EXECUTIVE OFFICE <br> OF THE PRESIDENT, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-01888-AHA |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COURT'S AUGUST 3 ORDER**

Defendants hereby move for an extension of the deadline to file a response to the Court's Order, dated August 3, 2026. Defendants respectfully request an extension from August 10 to August 17, 2026. Pursuant to Local Civil Rule 7(m), the parties have conferred, and Plaintiff, through counsel, indicates that it takes no position regarding this request.

The Court's Order directs Defendants "to file a notice with the court identifying the names of the individuals at issue for Requests 11 and 12 and the custodians for Requests 13, 15, and 16." The Court further ordered, "[t]o the extent Defendants believe that any individual's or custodian's name is properly withheld pursuant to privilege, they shall explain the basis for the privilege, including the relevant legal authorities and required evidentiary basis to support the privilege." The Court ordered Defendants' response to be filed within one week, by August 10, 2026.

Defendants request a one-week extension, to August 17, 2026, to respond to the Court's Order. "Executive privilege is an extraordinary assertion of power 'not to be lightly invoked.'" *Cheney* v. *U.S. Dist. Court*, 542 U.S. 367, 389 (2004) (internal citation omitted). The Government, therefore, needs more time to prepare its response, including the extent to which it may invoke

1

privilege over any of the information called for by the Court's order. Additionally, to the extent Defendants do invoke executive privilege, a brief extension is necessary to coordinate supplying the Court with the "required evidentiary basis to support the privilege," as the Court requests in its Order. Extension of this deadline will cause no prejudice to any party and will not affect any other deadlines in this case.

WHEREFORE, Defendants ask that the Court grant the requested relief and enter an order extending Defendants' deadline to respond to the Court's August 3 Order to August 17, 2026. A proposed order accompanies this motion.

Dated: August 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
DIANE KELLEHER
Directors
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
JAMES R. POWERS
Chief Litigation Counsel
Civil Division, Federal Programs Branch

/s/ *James J. Wen*
JAMES J. WEN (NY Bar No. 5422126)
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-7361

2

E-mail: james.j.wen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF SERVICE

I hereby certify that, on August 7, 2026, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *James J. Wen*
JAMES J. WEN