UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' NOTICE REGARDING THE COURT'S AUGUST 3 MINUTE ORDER**

Plaintiff, through undersigned counsel, respectfully requests that the Court grant Plaintiff until August 24, 2026, to respond to Defendants' Notice regarding the Court's August 3 Minute Order (ECF No. 79). In that Notice, Defendants raise authorities and argument for the first time and to which Plaintiff has not had an opportunity to respond. Defendants have confirmed that they do not oppose this request.

Dated: August 18, 2026

*/s/ Stephen Shackelford*

Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice)*
Jillian Hewitt (*Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett (*Admitted pro hac vice*)
Harry Susman (*Admitted pro hac vice)*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Jordan Connors (Admitted *pro hac vice)*
Steve Seigel (D.C. Bar#D00473)
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiff American Bar Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.