# EXHIBIT A
# to Plaintiff's Response to Defendants' Notice Regarding the Court's August 3 Minute Order

**ABA v. EOP**
**No. 1:25-cv-01888-AHA (D.DC.)**
**Defendants' Privilege Log**
**August 18, 2026**

| No. | *Knight* Bates No. | *ABA* Bates No. | DATE | FROM | TO | CC | Description | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 25cv8783_2504613_000003 | ABA v. EOP_DOJ_00000003 | 4/11/2025 | Kambli, Abhishek (OASG) | Clark, Milner EOP/WHO; Centorino, Scott G. EOP/WHO; | Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Bhirud, Ketan (ODAG) | Subject: Private Sector DEI Win - Law Firms | Presidential Communications Privilege; Deliberative Process Privilege | Portion of email reflecting deliberations between DOJ attorney and senior White House policy aides, as well as WHCO, regarding contemplated policies addressing DEI in the private sector. |
| 2 | 25cv8783_2504613_000004 | ABA v. EOP_DOJ_00000004 | 4/11/2025 | Kambli, Abhishek (OASG) | Mailman, May EOP/WHO | Clark, Milner EOP/WHO; Centorino, Scott G. EOP/WHO; Hamilton, Gene EOP/WHO; Bhirud, Ketan (ODAG) | Subject: RE: Private Sector DEI Win - Law Firms | Presidential Communications Privilege; Deliberative Process Privilege | Portion of emails reflecting deliberations between DOJ attorney and senior White House policy aides, as well as WHCO, regarding the planned policies addressing DEI in the private sector. |
| 3 | 25cv8783_2504613_000007–25cv8783_2504613_000008 | N/A | 4/19/2025 | Mizelle, Chad (OAG) | Jahreis, Hannah (OAG) | | Subject: Fw: memo; Attachment: Memorandum_re_Law_Firms.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Email originally from White House advisor to DOJ attaching a memorandum addressed to Susie Wiles converying recommendations regarding law firm agreements. |
| 4 | 25cv8783_2504613_000010–25cv8783_2504613_000012 | N/A | 3/19/2025 | Mailman, May EOP/WHO | Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Scharf, William EOP/WHO; Gabriel, Robert EOP/WHO | Subject: ASAP Paul Weiss Order; Attachments: Solving_Paul_Weiss.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Emails reflecting deliberations and recommendations between senior White House policy aides, DOJ attorneys, and WHCO regarding the formulation and implementation of an executive order. Email includes as an attachment a non-final draft of an executive order. |
| 5 | 25cv8783_2504613_000014–25cv8783_2504613_000016 | N/A | 3/19/2025 | Blakely, Kyser S. EOP/WHO | Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Scharf, William EOP/WHO; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachments: Solving_Paul_Weiss_+_KB.docx; Solving_Paul_Weiss_+_KB.pdf | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline. |
| 6 | 25cv8783_2504613_000017–25cv8783_2504613_000018 | ABA v. EOP_DOJ_00000009–ABA v. EOP_DOJ_00000010 | 3/19/2025 | Whitaker, Henry (OAG) | Scharf, William EOP/WHO; Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Emails reflecting deliberations and recommendations between senior White House policy aides, DOJ attorneys, and WHCO regarding the formulation and implementation of an executive order. |
| 7 | 25cv8783_2504613_000018 | ABA v. EOP_DOJ_00000010 | 3/19/2025 | Scharf, William O. EOP/WHO | Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject RE: ASAP Paul Weiss Order | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Emails reflecting deliberations and recommendations between senior White House policy aides, DOJ attorneys, and WHCO regarding the formulation and implementation of an executive order. |
| 8 | 25cv8783_2504613_000019 | ABA v. EOP_DOJ_00000011 | 3/19/2025 | Mailman, May EOP/WHO | Scharf, William EOP/WHO; Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Emails reflecting deliberations and recommendations between senior White House policy aides, DOJ attorneys, and WHCO regarding the formulation and implementation of an executive order. Email includes as an attachment a non-final draft of an executive order. |
| 9 | 25cv8783_2504613_000020–25cv8783_2504613_000022 | N/A | 3/19/2025 | Mailman, May EOP/WHO | Scharf, William EOP/WHO; Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachments: Solving_Paul_Weiss_+_KB.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline. |
| 10 | 25cv8783_2504613_000024–25cv8783_2504613_000026 | N/A | 3/19/2025 | Mailman, May EOP/WHO | Scharf, William EOP/WHO; Mailman, May EOP/WHO; Hamilton, Gene EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachments: Solving_Paul_Weiss_v2.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline. |
| 11 | 25cv8783_2504613_000028–25cv8783_2504613_000030 | N/A | 3/19/2025 | Hamilton, Gene EOP/WHO | Mailman, May EOP/WHO; Scharf, William EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachments: Solving_Paul_Weiss_+_KB_+_OLC_(3_19_25).docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline. |
| 12 | 25cv8783_2504613_000031 | ABA v. EOP_DOJ_00000014 | 3/19/2025 | Mailman, May EOP/WHO | Hamilton, Gene EOP/WHO; Scharf, William EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Client Privilege | Email reflecting confidential communication from a White House advisor conveying a non-final, draft statement in connection with a proposed presidential action/statement. |
| 13 | 25cv8783_2504613_000033–25cv8783_2504613_000035 | N/A | 3/19/2025 | Mailman, May EOP/WHO | Hamilton, Gene EOP/WHO; Scharf, William EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachment: Solving_Paul_Weiss_+_KB_+_OLC_(3_19_25)_v2.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline and comments by DOJ OLC attorneys. |
| 14 | 25cv8783_2504613_000036–25cv8783_2504613_000038 | N/A | 3/19/2025 | Mailman, May EOP/WHO | Hamilton, Gene EOP/WHO; Scharf, William EOP/WHO; Lawkowski, Gary M. EOP/WHO; Blakely, Kyser S. EOP/WHO; Mizelle, Chad (OAG); Whitaker, Henry (OAG) | MBX WHO Staff Secretary; Gabriel, Robert EOP/WHO | Subject: RE: ASAP Paul Weiss Order; Attachment: Solving_Paul_Weiss_+_KB_+_OLC_(3_19_25)_v2_CLEAN.docx | Presidential Communications Privilege; Deliberative Process Privilege; Attorney Work Product; Attorney Client Privilege | Non-final draft of an executive order shared with attorneys from WHCO and DOJ that contains proposed revisions in redline and comments by DOJ OLC attorneys. |