**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br>*Plaintiff*,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>*Defendants*. | Case No. 1:25-cv-01888-AHA |

**JOINT MOTION FOR ENTRY OF A STIPULATED CLAWBACK AGREEMENT AND FEDERAL RULE OF EVIDENCE 502(d) ORDER**

Plaintiff the American Bar Association and all Defendants hereby move for entry of a stipulated stipulated clawback agreement and Federal Rule of Evidence 502(d) order in the above-captioned matter. *See* Exhibit 1. The parties respectfully request that the Court enter the attached proposed stipulation.

Dated: September 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
DIANE KELLEHER
Directors, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

JAMES R. POWERS
CHRISTOPHER M. LYNCH

Chief Litigation Counsel

/s/ *James J. Wen*
MICHAEL VELCHIK
Senior Counsel
JAMES J. WEN
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8185
E-mail: james.j.wen@usdoj.gov

*Attorneys for Defendants*

Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice)*
Jillian Hewitt (*Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett*
Harry Susman*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

*/s/ Steve Seigel*
Steve Seigel (D.C. Bar#D00473)
Jordan Connors
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com
**pro hac vice* forthcoming
*Attorneys for Plaintiff American Bar Association*