**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

**DECLARATION OF JILLIAN HEWITT IN SUPPORT OF PLAINTIFF AMERICAN BAR ASSOCIATION'S MOTION FOR (1) ALTERNATIVE SERVICE ON BORIS EPSHTEYN; AND (2) A LIMITED EXTENSION OF THE SCHEDULING ORDER'S FACT DISCOVERY DEADLINE TO COMPLETE THIRD-PARTY DISCOVERY FROM BORIS EPSHTEYN**

1. I am counsel to the American Bar Association ("ABA"). I am admitted to practice *pro hac vice* in this Court. I make this Declaration in support of the ABA's Motion for (1) Alternative Service on Boris Epshteyn; and (2) a Limited Extension of the Scheduling Order's Fact Discovery Deadline to Complete Third-Party Discovery from Boris Epshteyn. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit 1** is a true and correct copy of the Proof of Service for the Subpoena to Produce Documents to Boris Epshteyn, executed by process server Keith Wilson on June 24, 2026, together with the email transmitting it to the ABA's counsel.

3. Attached as **Exhibit 2** is a true and correct copy of the Proof of Service for the Subpoena to Testify at a Deposition to Boris Epshteyn, executed by process server Keith Wilson on June 24, 2026, together with the email transmitting it to the ABA's counsel.

4. Attached as **Exhibit 3A** is a true and correct copy of an email service report reflecting the ABA's June 3, 2026 attempt to serve Mr. Epshteyn.

5. Attached as **Exhibit 3B** is a true and correct copy of an email service report, dated June 12, 2026, reflecting the ABA's June 11, 2026 attempt to serve Mr. Epshteyn.

6. Attached as **Exhibit 4A** is a true and correct copy of an email string between counsel for the ABA and counsel for Mr. Epshteyn, dated July 23, 2026 through October 16, 2026 (Email String A).

7. Attached as **Exhibit 4B** is a true and correct copy of an email string between counsel for the ABA and counsel for Mr. Epshteyn, dated September 23, 2026 through October 15, 2026 (Email String B).

8. Attached as **Exhibit 5** is a true and correct copy of the Replacement Subpoena *duces tecum* and Replacement Subpoena *ad testificandum* to Mr. Epshteyn, issued September 3, 2026.

9. Attached as **Exhibit 6** is a true and correct copy of an Affidavit of Non-Service executed by Charm City Process Services and dated September 18, 2026, reflecting attempts to serve Mr. Epshteyn on September 3, 10, and 15, 2026.

10. Attached as **Exhibit 7** is a true and correct copy of an Affidavit of Non-Service executed by Charm City Process Services and dated September 18, 2026, reflecting an attempt to serve Mr. Epshteyn on September 16, 2026.

11. **Exhibit 8**, which will be lodged with a Notice of Filing and submitted to the Court via thumb drive or alternative means, is a true and correct copy of a video recording of the September 16, 2026 attempt to serve Mr. Epshteyn, which Charm City Process Services provided to the ABA's counsel.

12. Attached as **Exhibit 9** is a true and correct copy of the Minute Order in *Freeman v. Giuliani*, No. 21-cv-3354 (BAH) (D.D.C. May 10, 2023).

13. Attached as **Exhibit 10** is a true and correct copy of the Order in *OAO Alfa Bank v. Center for Public Integrity*, No. 00-cv-2208 (JDB) (D.D.C. Jan. 6, 2004).

14. Attached as **Exhibit 11** is a true and correct copy of the Order in *Rich v. Butowsky*, No. 1:18-cv-681 (RJL), ECF No. 133 (D.D.C. Jan. 24, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 22, 2026

*/s/ Jillian Hewitt*

Jillian Hewitt (admitted *pro hac vice*)
Stephen Shackelford, Jr. (D.C. Bar #NY0443)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
jhewitt@susmangodfrey.com
sshackelford@susmangodfrey.com

*Attorneys for Plaintiff American Bar Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: October 22, 2026

*/s/ Jillian Hewitt*
Jillian Hewitt