# EXHIBIT 3B

**Subject:** [ServeManager] 2 Jobs Updated
**Date:** Friday, June 12, 2026 at 8:57:52 AM Pacific Daylight Time
**From:** Tony Levey
**To:** Chris Henry

EXTERNAL Email

# Attempted Serve

Tony Levey shared a service notification with you:

## Details

**2 jobs affected**

**Process Server:** STUART MACPHERSON

**Date & Time:** Jun 11, 2026, 7:49 pm EDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Unable to access elevator to subject's floor, blocked by concierge, I asked her to contact the subject's unit, she stated she could email him, however, she has been instructed not to contact the subject via phone.

Please advise how to proceed. Will place on hold.

## Service Address

[redacted] Connecticut Avenue Northwest Apt [redacted], Washington, DC 20008

---

# Jobs

**Job:** 16065717

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 427612

**Recipient:** Boris Epshteyn

**Case:** 1:25-cv-01888-AHA

**Plaintiff:** AMERICAN BAR ASSOCIATION

**Defendant:** EXECUTIVE OFFICE OF THE PRESIDENT, et al.

**Court:** USDC District of Columbia

**County:**

**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, NOTICE OF SUBPOENA

---

**Job:** 16065699

**Priority: Routine**

**Job Type:** Standard

**Client Job:** 427611

**Recipient:** Boris Epshteyn

**Case:** 1:25-cv-01888-AHA

**Plaintiff:** AMERICAN BAR ASSOCIATION

**Defendant:** EXECUTIVE OFFICE OF THE PRESIDENT, et al.

**Court:** USDC District of Columbia

**County:**

**Documents:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

---

## Shared with you by:

Tony Levey
First Legal
tlevey@firstlegalnetwork.com