**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BAR ASSOCIATION,

*Plaintiff,*

v.

EXECUTIVE OFFICE OF THE PRESIDENT, et al.,

*Defendants.*

Civil Case No. 1:25-cv-01888-AHA

**PLAINTIFF'S NOTICE OF FILING**

Pursuant to LCvR 5.4(e)(1), Plaintiff American Bar Association (ABA) Notifies all counsel of record and the Court that **Exhibit 8** to the Declaration of Jillian Hewitt filed in support of the ABA's Motion for Alternative Service on Boris Epshteyn and for a Limited Extension of the Fact Discovery Deadline to Complete Third-Party Discovery from Boris Epshteyn ("Motion") consists of a .MOV file, which the ABA is submitting to the Court via thumb-drive / USB-drive by overnight delivery. Counsel for Defendants have consented to service of Exhibit 8 by Dropbox link, which the ABA is providing to Defendants contemporaneously with the filing of the Motion, and which the ABA can provide to the Court upon request.

Dated: October 22, 2026

*/s/ Steven Seigel*
Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice)*
Jillian Hewitt (*Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett (*Admitted pro hac vice)*
Harry Susman (*Admitted pro hac vice)*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar #CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Steve Seigel (D.C. Bar #D00473)
Jordan Connors (*Admitted pro hac vice)*
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiff American Bar Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

*/s/ Steven Seigel*
Steven Seigel