**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BAR ASSOCIATION,

*Plaintiff*,

v.

EXECUTIVE OFFICE
OF THE PRESIDENT, *et al.*,

*Defendants*.

Case No. 1:25-cv-01888-AHA

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR (1) ALTERNATIVE SERVICE AND (2) A LIMITED EXTENSION OF THE SCHEDULING ORDER'S FACT DISCOVERY DEADLINE**

Defendants respectfully oppose Plaintiff's combined motion for (1) alternative service on a third party and (2) limited extension of the scheduling order's fact discovery deadline to complete third-party discovery for the same third party. ECF No. 87. Defendants believe that no further discovery is appropriate in this matter, and thus oppose any extension. Defendants submit this opposition to address two points, however, should the Court consider granting Plaintiff's motion over Defendant's objection.

First, Plaintiff should not be entitled to circumvent the minimum requirements of service applicable to all parties. At the very least, this Court should clarify that nothing in the proposed order requires the third party to respond while Defendants' motion to quash the third-party subpoenas remains pending. *See In re Third Party Subpoenas*, 26-MC-00114-AHA (D.D.C. 2026), ECF No. 2.

Second, Plaintiff should not be entitled to extend discovery only for discovery into the same third party. Any extension of fact discovery should be even-handed and generally applicable. For example, Defendants have outstanding their own Rule 45 subpoenas to other third parties.

The Court should therefore deny the combined motion.

Dated: November 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
DIANE KELLEHER
Directors
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH
JAMES R. POWERS
Chief Litigation Counsel
Civil Division, Federal Programs Branch

/s/ *James J. Wen*
JAMES J. WEN (NY Bar No. 5422126)
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-7361
E-mail: james.j.wen@usdoj.gov

*Counsel for Defendants*

**CERTIFICATION OF SERVICE**

I hereby certify that, on November 2, 2026, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *James J. Wen*__
JAMES J. WEN