AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| American Bar Association,<br>*Plaintiff*<br>v.<br>Executive Office of the President et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 25-cv-01888 (AHA) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Boris Epshteyn .

Date: 11/05/2026

/s/ Michael J. Walsh
*Attorney's signature*

Michael J. Walsh; D.C. Bar No. 483296
*Printed name and bar number*

DLA PIPER LLP (US)
500 Eighth St. NW
Washington, DC 20004
*Address*

mike.walsh@us.dlapiper.com
*E-mail address*

(202) 799-4000
*Telephone number*

(202) 799-5000
*FAX number*