**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants*. | Civ. No. 1:25-cv-01888-AHA |

**DECLARATION OF CARYN G. SCHECHTMAN IN SUPPORT OF NON-PARTY BORIS EPSHTEYN'S RESPONSE TO, AND CROSS-MOTION FOR ALTERNATIVE RELIEF RELATING TO, PLAINTIFF AMERICAN BAR ASSOCIATION'S MOTION SEEKING ALTERNATIVE SERVICE**

1. I am counsel to non-party Mr. Boris Epshteyn, Esq. I have filed a motion for admission to practice *pro hac vice* in this Court, which remains pending. I make this Declaration in support of Mr. Epshteyn's Response to, and Cross-Motion for Alternative Relief Relating to, Plaintiff American Bar Association's Motion Seeking Alternative Service. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of an email thread between Caryn G. Schechtman, counsel for Mr. Epshteyn, and Jillian Hewitt, counsel for the ABA, dated July 23, 2026 through October 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 5, 2026.

Caryn G. Schechtman
(*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4593
Facsimile: (212) 335-4501
caryn.schechtman@us.dlapiper.com

Michael J. Walsh, Jr.
D.C. Bar No. 483296
Aaron C. Ward
D.C. Bar No. 90024094
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
aaron.ward@us.dlapiper.com

*Counsel for Non-Party Boris Epshteyn*

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: November 5, 2026

/s/ Michael J. Walsh, Jr.
Michael J. Walsh, Jr.