**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BAR ASSOCIATION,

*Plaintiff*,

v.

EXECUTIVE OFFICE
OF THE PRESIDENT, *et al.*,

*Defendants*.

Case No. 1:25-cv-01888-AHA

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties hereby move to modify this Court's June 4, 2026 Scheduling Order, ECF No. 57 ("June 4 Scheduling Order"). The June 4 Scheduling Order directs, "[w]ithin seven days of discovery closing, the parties shall submit a joint status report advising the court whether (a) the parties request referral for mediation or settlement; (b) the parties request a date for a pretrial conference; and (c) dispositive motions are anticipated and, if so, proposing a briefing schedule." (the "June 4 Status Report"). *Id.* at 2.

Recently, on November 9, 2026, the parties submitted a Joint Status Report and Stipulation on Discovery. ECF No. 96. Pertinently, the parties' stipulation provides, "[t]he Fact Discovery Deadline remains November 12, 2026" and that "[e]xcept as agreed in this Stipulation and/or as ordered by the Court, no party may serve any new discovery request, deposition notice, or subpoena after the Fact Discovery Deadline." *Id.* at 3. On November 11, 2026, this Court entered an order approving the parties' Stipulation on Discovery. ECF No. 97.

On November 16, 2026, this Court entered an order granting in part and denying in part Plaintiffs' motion to compel. ECF No. 101. The Court's order directed the parties to meet and confer by December 4, 2026, "to negotiate reasonable search terms and other parameters" and then "file a joint status report proposing a schedule for the government to respond to those requests." *Id.* at 25-26.

As the Fact Discovery Deadline remains fixed on November 12, 2026, the deadline to submit the June 4 Status Report pursuant to this Court's June 4 Scheduling Order remains operative, and thus at present, the parties must file their June 4 Status Report by November 19, 2026. Because the June 4 Status Report may be informed by the parties' meet and confer ordered by the Court in ECF No. 101, it would be more efficient to submit a single, consolidated filing addressing both sets of open issues. Accordingly, the parties respectfully request to postpone the deadline to submit the June 4 Status Report, to December 9, 2026. On December 9, 2026, along with submitting their June 4 Status Report, the parties also intend to submit their status reporting advising the Court of the issues raised in ECF No. 101.

Dated: November 18, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General, Civil Division

DIANE KELLEHER
Director
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

CHRISTOPHER M. LYNCH

Chief Litigation Counsel
Civil Division, Federal Programs Branch

*/s/ Adam S. Fox*
JAMES J. WEN
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-3791
Email: adam.s.fox@usdoj.gov

*Attorneys for Defendants*

/s/ *Steven M. Seigel*
Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (Admitted pro hac vice)
Jillian Hewitt (Admitted pro hac vice)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett (Admitted pro hac vice)
Harry Susman (Admitted pro hac vice)
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Jordan Connors (Admitted pro hac vice)
Steven M. Seigel (D.C. Bar#D00473)
Katherine Peaslee (Admitted pro hac vice)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiff American Bar Association*

**CERTIFICATION OF SERVICE**

I hereby certify that, on November 18, 2026, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam S. Fox*
Adam S. Fox