**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE<br>OF THE PRESIDENT, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01888-AHA |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Defendants hereby move for a protective order preventing the depositions of Stephen Miller, William Scharf, Minnie Warfield, Henry Whitaker, and the "Undisclosed Individuals the Government was Ordered to Identify in the Court's August 3, 2026 Minute Order, Presently Withheld on Grounds of Privilege." The grounds for Defendants' motion are set forth in the accompanying memorandum of law. For the reasons explained in that memorandum, Defendants respectfully request that the Court grant Defendants' motion.

Dated: November 18, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

MICHAEL VELCHIK,
Senior Counsel, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

JOSEPH E. BORSON

Assistant Branch Director, Federal Programs Branch

CHRISTOPHER M. LYNCH
Chief Litigation Counsel, Federal Programs Branch

*/s/ James J. Wen*__
JAMES J. WEN (NY Bar No. 5422126)
ADAM S. FOX
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-8185
Email: james.j.wen@usdoj.gov

*Attorneys for Defendants*