# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01888-AHA |

**PLAINTIFF AMERICAN BAR ASSOCIATION'S NOTICE OF DEPOSITION 30(B)(1) TO STEPHEN MILLER**

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff American Bar Association (ABA) by their undersigned attorneys will take the deposition on oral examination of Stephen Miller on November 12, 2026, beginning at 8:30 a.m EST, at 1700 K St. N.W., Suite 300, Washington, DC, 20006-3807, or on a date and location to be mutually agreed upon in writing by counsel for both parties.

The deposition will take place before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. The testimony shall be recorded by stenographic and/or videographer means and shall continue day to day until completed. The deposition will be taken for the purposes of discovery, for use at the trial or any hearing in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Steve Seigel*

Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice)*
Jillian Hewitt (*Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett (*Admitted pro hac vice)*
Harry Susman (*Admitted pro hac vice)*
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar #CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Steve Seigel (D.C. Bar #D00473)
Jordan Connors (*Admitted pro hac vice)*
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com
*Attorneys for Plaintiff American Bar Association*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the e-mail on October 23, 2026.

*/s/ Steve Seigel*