AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

AMERICAN BAR ASSOCIATION
*Plaintiff*
v.
EXECUTIVE OFFICE OF THE PRESIDENT, et al.
*Defendant*

Civil Action No. 1:25-cv-01888-AHA

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Boris Epshteyn
3131 Connecticut Avenue NW, Apt 2503, Washington, DC 20008
*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: See Schedule A

| Place: Steven M. Seigel, c/o S. Douglas Bunch Cohen Milstein Sellers & Toll LLP, 1100 New York Ave. NW, Suite 800, Washington, DC 20005 | Date and Time: 11/30/2026 9:00 am |
|---|---|

The deposition will be recorded by this method: Video, audio, and stenographic means.

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/10/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

/s/ Steven M. Seigel
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ____________, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01888-AHA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Boris Epshteyn
on *(date)* 11/10/26 .

☒ I served the subpoena by delivering a copy to the named person as follows: Personally
627 North Glebe Road 8th Arlington Va
on *(date)* 11/14/2026. @2:30pm

☐ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/14/26

[signature]
*Server's signature*

Kevin Hirtz
*Printed name and title*

3831 Old Forest Rd, Lynchburg. VA 2450
*Server's address*

Additional information regarding attempted service, etc.:

**Subject was observed with a male youth wearing a hockey jersey with his last name Epshteyn on the back. They entered the Iceplex @2:13 pm. The subject was approached. Subject acknowledged who he was and refused to take the documents. The documents were dropped on the floor in front of the subject. The subject was observed picking up the documents and placing them under his arm**

**White male 6'3" 275lbs 45/55yrs. Balding**