UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff,*<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants.* | Civil Case No. 1:25-cv-01888-AHA |

**PLAINTIFF'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR ALTERNATIVE SERVICE AND REQUEST THAT THE REMAINDER OF THE MOTION BE DENIED AS MOOT (DKT. 87)**

Plaintiff American Bar Association ("ABA") respectfully gives notice that it withdraws without prejudice the portion of its Motion for (1) Alternative Service on Boris Epshteyn; and (2) a Limited Extension of the Scheduling Order's Fact Discovery Deadline to Complete Third-Party Discovery from Boris Epshteyn, Dkt. 87 (the "Motion"), that requests an order authorizing alternative service on Mr. Epshteyn. The ABA further respectfully requests that the Court deny as moot the remaining portion of the Motion, which requests a limited extension of the fact discovery deadline, on the understanding that the ABA's discovery from Mr. Epshteyn is a pending discovery matter that the ABA may continue to pursue under paragraph 2 of the Court's November 11, 2026 Order, Dkt. 97.

*First*, the ABA's request for alternative service is moot because the ABA has now personally served Mr. Epshteyn. On November 14, 2026, a process server personally served Mr. Epshteyn with both the document subpoena and deposition subpoena that the Motion sought to serve by alternative means. The ABA filed affidavits of service for both subpoenas on November

20, 2026. *See* Dkts. 104, 105. Because personal service has been accomplished, an order authorizing service by alternative means is no longer necessary, and the ABA withdraws that request.

*Second*, the Motion also requested a 90-day extension of the fact discovery deadline for the limited purpose of completing discovery from Mr. Epshteyn. After the Motion was filed, the Court entered its November 11, 2026 Order approving the parties' stipulation regarding the completion of pending discovery matters after the close of fact discovery. Dkt. 97. That Order leaves the Fact Discovery Deadline at November 12, 2026, but provides that "[t]he Parties may continue to pursue, and may file motions with the Court concerning, discovery served before the Fact Discovery Deadline." *Id.* ¶ 2. The ABA's discovery from Mr. Epshteyn is such discovery. The ABA first served subpoenas on Mr. Epshteyn in June 2026, *see* Dkts. 87-2, 87-3, and that discovery has been the subject of motion practice before this Court since well before the Fact Discovery Deadline, *see* Dkt. 87; *In re Subpoenas on Boris Epshteyn*, No. 1:26-mc-00114 (AHA). The subpoenas served on November 14 replace and seek the same discovery as those earlier subpoenas.

Because the recently-served subpoenas are materially identical to the ones at issue in *In re Subpoenas on Boris Epshteyn*, No. 1:26-mc-00114 (AHA) and have now been successfully served, the ABA understands paragraph 2 of the Court's Order (Dkt. 97) to permit the ABA to continue to pursue, and to file motions concerning, discovery from Mr. Epshteyn, including through the subpoenas served on November 14. On that understanding, a separate extension of the deadline is unnecessary, and the ABA respectfully requests that the Court deny that portion of the Motion as moot. To the extent the Court concludes that the November 14 subpoenas do not fall within the scope of "discovery served before the Fact Discovery Deadline," the ABA respectfully requests that the Court grant the ABA's request for a limited extension for the reasons stated in the Motion.

The ABA's withdrawal of its request for alternative service is without prejudice to its right to renew that request, or to seek any other appropriate relief, should Mr. Epshteyn contest the validity of the November 14 service.

Dated: November 24, 2026

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice)*
Jillian Hewitt (*Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett (*Admitted pro hac vice*)
Harry Susman (*Admitted pro hac vice)*
Justin A. Nelson (D.C. Bar #490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com
hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar #CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Jordan Connors (Admitted *pro hac vice)*
Steve Seigel (D.C. Bar #D00473)
Katherine Peaslee (Admitted *pro hac vice*)

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel.: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiff American Bar Association*