**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT, et al.,<br><br>*Defendants*. | Civ. No. 1:25-cv-01888-AHA |

**NON-PARTY BORIS EPSHTEYN'S NOTICE OF WITHDRAWAL OF CROSS MOTION**

Non-Party Boris Epshteyn, by and through undersigned counsel, hereby withdraws his Cross-Motion to Hold in Abeyance Plaintiff American Bar Association's Motion for Alternative Service (ECF No. 94), filed November 5, 2026.

Mr. Epshteyn withdraws the Cross-Motion because Plaintiff ABA has withdrawn its Motion for Alternative Service (ECF No. 106).

The withdrawal is without prejudice. Mr. Epshteyn expressly reserves all rights, objections, and defenses, including the right to file a similar motion in the future.

Dated: November 25, 2026

Respectfully submitted,

*/s/ Caryn G. Schechtman*
Caryn G. Schechtman
(admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4593
Facsimile: (212) 335-4501
caryn.schechtman@us.dlapiper.com

Michael J. Walsh, Jr.
D.C. Bar No. 483296
Aaron C. Ward
D.C. Bar No. 90024094
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
aaron.ward@us.dlapiper.com

*Counsel for Non-Party Boris Epshteyn*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Date: November 25, 2026

*/s/ Caryn G. Schechtman*
Caryn G. Schechtman